# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.   2023 CW 0143

**MAY 8, 2023**

---

In Re:    State of Louisiana, Department of Education, Recovery
          School District, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 676874.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

　　　**WRIT GRANTED IN PART; DENIED IN PART.** The trial court's January 11, 2023 judgment denying the State of Louisiana, Department of Education, Recovery School District's exception of peremption is reversed. Louisiana jurisprudence has consistently held that the prescriptive period for a private action pursuant to the Louisiana Unfair Trade Practices Act ("LUTPA") is peremptive. See **CamSoft Data Systems, Inc. v. Southern Electronics Supply, Inc.**, 2019-0730 (La. App. 1st Cir. 7/2/19), 2019 WL 2865138 (unpublished), writs denied, 2019-01232, 2019-01436, 2019-01349, (La. 11/19/19), 282 So.3d 1069, 1070, 1073. In the present matter, Advanced Environmental Consulting, Inc. asserted a LUTPA claim against the State of Louisiana, Department of Education, Recovery School District on July 6, 2021, for actions that form the basis of its LUTPA claim that transpired on or before July 16, 2018. We find that Advanced Environmental Consulting, Inc.'s LUTPA claim is perempted on the face of its pleading. Accordingly, we reverse the portion of the trial court's judgment denying the State of Louisiana, Department of Education, Recovery School District's exception of peremption and grant same. We dismiss Advanced Environmental Consulting, Inc.'s LUTPA claim against the State of Louisiana, Department of Education, Recovery School District as perempted. In all other respects, the writ is denied.

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
　DEPUTY CLERK OF COURT
　　　FOR THE COURT